UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 CV 02095

Anthony Haughton

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Dept of Corrections

OBCC, 1600 Hazen St
E. Elm Hurst NY 11370

WARDEN MARK FARSI

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes ☐ No
(check one)

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name Anthony Haughton
ID # 141 1115 277
Current Institution C-76
Address 10-10 Hazen ST
E. Elmhurst NY 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name WARDEN MARK FARSI Shield # ?
Where Currently Employed OBCC
Address E ELMHURST NY 11370

Rev. 05/2010





Defendant No. 2 Name ______________________ Shield #________
Where Currently Employed ______________________
Address ______________________
______________________

Defendant No. 3 Name ______________________ Shield #________
Where Currently Employed ______________________
Address ______________________
______________________

Defendant No. 4 Name ______________________ Shield #________
Where Currently Employed ______________________
Address ______________________
______________________

Defendant No. 5 Name ______________________ Shield #________
Where Currently Employed ______________________
Address ______________________
______________________

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
O.B.C.C 1600 HAZEN ST
E. ELMHURST NY 11370

B. Where in the institution did the events giving rise to your claim(s) occur?
OBCC - BING

C. What date and approximate time did the events giving rise to your claim(s) occur?
From Febuary 22nd to Febuary 28th

D. Facts: I WAS PLACED IN THE BING TO SERVE A 90 day period - I SERVED 7 DAYS THEN WAS SHIPED - TRANSFERD UPSTATE. I CAME BACK TO SAID FACILITY AND WAS PLACED BACK IN THE BING. I NOTIFIED SEVERAL C.O.S AND SEVERAL CAPTAIN'S THAT THEY HAVE MY RELEASE DATE WRONG AND WAS INFORMED BY ONE OF THE CAPTAINS THAT IT WILL BE FIXED. ULTIMATELY IT WAS NOT, AND I WAS FORCED TO DO AND EXTRA 7 DAYS BECAUSE OF THIS IN THE BING!

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

**III. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

**IV. Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). OBCC. 1600 HAZEN ST E. ELMHURST NY. 11370

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓ No ___ Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___ No ___ Do Not Know ✓

If YES, which claim(s)? ___

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓ No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ✓ No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? C-76- 10-10 HAZEN ST

1. Which claim(s) in this complaint did you grieve? SERVED 7 DAYS EXTRA ON A 90 DAY BING TIME.

2. What was the result, if any? NONE

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I NOTIFIED (CAPTAINS) AND CO-S- AHEAD OF TIME - AND NOTHING WAS DONE ALTHOUGH I WAS TOLD IT WOULD BE STRAIGTENED OUT.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: ___

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: LIKE BEFORE MENTIONED.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V. Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). AS A RESULT OF THIS MISTREATMENT, I BELIEVE IM ENTITLED TO COMPENSATION IN THE AMOUNT OF ONE THOUSAND AND FIFTY DOLLARS.

**VI. Previous lawsuits:**

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________

Defendants ______________________________

2. Court (if federal court, name the district; if state court, name the county) ______________________________

3. Docket or Index number ______________________________

4. Name of Judge assigned to your case ______________________________

5. Approximate date of filing lawsuit ______________________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ______________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______________________________

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________

Defendants ______________________________

2. Court (if federal court, name the district; if state court, name the county) ______________________________

3. Docket or Index number ______________________________

4. Name of Judge assigned to your case ______________________________

5. Approximate date of filing lawsuit ______________________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ______________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______________________________

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 29 day of Febuary, 2012

Signature of Plaintiff: Anthony Haughton

Inmate Number: 1411115277

Institution Address: EMTC.
10-10 HAZEN ST
E. ELMHARST NY
11370

<u>Note</u>: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 29 day of Febuary, 2012 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Anthony Haughton